**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-1977**

---

MELVIN B. WELLS, JR.,

Plaintiff - Appellant,

versus

CLARK RAY, City of Norfolk, Neighborhood
Preservation,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.   Robert G. Doumar, Senior
District Judge. (CA-04-219-2)

---

Submitted:  December 9, 2004          Decided:  December 14, 2004

---

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Melvin B. Wells, Jr., Appellant Pro Se. Harold Phillip Juren,
Deputy City Attorney, Norfolk, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Melvin B. Wells, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Wells v. Ray</u>, No. CA-04-219-2 (E.D. Va. filed July 6, 2004 & entered July 7, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>